# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**106**

**CA 13-01312**

PRESENT: SMITH, J.P., PERADOTTO, LINDLEY, VALENTINO, AND WHALEN, JJ.

---

ROBERT F. OLCZAK AND DIANE OLCZAK,
PLAINTIFFS-RESPONDENTS,

V                                                    ORDER

NIACET CORPORATION, DEFENDANT-APPELLANT.

---

DAMON MOREY LLP, BUFFALO (HEDWIG M. AULETTA OF COUNSEL), FOR DEFENDANT-APPELLANT.

COLLINS & COLLINS, LLC, BUFFALO (MICHAEL C. LANCER OF COUNSEL), FOR PLAINTIFFS-RESPONDENTS.

---

Appeal from an order of the Supreme Court, Erie County (John F. O'Donnell, J.), entered December 5, 2012 in a personal injury action. The order granted the motion of plaintiffs for partial summary judgment on liability pursuant to Labor Law § 240 (1).

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  February 7, 2014                    Frances E. Cafarell
                                              Clerk of the Court